**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA A. MARTINEZ, | Case No. EDCV 10-01138 VAP(DTBx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| REO PROPERTIES TWO, LP; MORTGAGE ELECTRONIC REGISTRY SYSTEMS, INC; AURORA LOAN SERVICES, LLC; QUICKEN LOAN SERVICES, INC.; HOMECOMINGS FINANCIAL, INC.; AND UNKNOWN PARTIES, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than February 3, 2011, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated:  February 4, 2011

VIRGINIA A. PHILLIPS
United States District Judge

s:\vap\crd's forms\3-ord-dism-re osc.frm